LEWIS BRISBOIS

Peter T. Shapiro
140 Broadway, Suite 3100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1322

MEMO ENDORSED

July 13, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2026

**VIA ECF**
Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Frangie Espinal v. Naos USA, Inc.*
No. 26-cv-03028-VEC

Dear Judge Caproni:

I am counsel for defendant. With the consent of counsel for plaintiff, I write to request an adjournment of the initial pretrial conference which was scheduled for August 14, 2026 via the Court's April 16, 2026 notice (ECF No. 6). The basis for the request is that I just learned that on August 12 I have to have surgery to address a traumatic cataract condition and I will be recuperating on the days that immediately follow the procedure. I am available on the following dates: August, 28, 31 or September 1, 2, 3, 8, 9, 10, 11, 14, 15, 16, 17, 18, 21, 22 and 23. We also request that the dates set for the required meet and confer (now July 24) and pre-conference joint letter with case management plan and scheduling order (now August 6) be adjourned on this basis. This is the first request for an adjournment.

We thank the Court for its attention to this request.

Respectfully,

/s/ Peter T. Shapiro

Peter T. Shapiro of
LEWIS BRISBOIS BISGAARD & SMITH LLP

cc: Counsel of Plaintiff (via ECF)

The Initial Pretrial Conference scheduled for Friday, August 14, 2026, is now adjourned to **Friday, September 25, 2026, at 10:00 a.m**. The parties must meet and confer by **Friday, September 4, 2026**, and the joint submission is now due no later than **Thursday, September 17, 2026**.

SO ORDERED. 7/14/2026

Valerie Caproni

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE